Philip H. Franklin (SBN 76446)
**MAURICE WUTSCHER LLP**
155 N. Riverview Drive, Suite 100
Anaheim Hills, CA 92808
Tel. (657) 223-6487
Facsimile: (866) 581-9302
E-mail: pfranklin@mauricewutscher.com

Alan C. Hochheiser (OH Bar No. 0041222)
**MAURICE WUTSCHER LLP**
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122
Tel. (216) 220-1129
Facsimile: (216) 472-8510
E-mail: ahochheiser@mauricewutscher.com
*Admitted Pro Hac Vice*

*Attorneys for Cavalry Portfolio Services LLC*
*and Cavalry SPV I, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Case No.: 19-21198 |
| DUMACE LEONARD LEGRAND | Chapter 7 |
| Debtor. | DCN: SJT-1 |
| | DATE: May 5, 2020 |
| | TIME: 10:00 a.m. |
| | **PROPOSED ORDER GRANTING CAVALRY PORTFOLIO SERVICES LLC AND CAVALRY SPV I, LLC's, MOTION TO FILE UNDER SEAL** |

Having considered Cavalry Portfolio Services, LLC's and Cavalry SPV I, LLC's (collectively, "Cavalry") Motion to File Under Seal exhibits referenced in its

RECEIVED
April 14, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006738076

1           Case No. 19-21198

Supplemental Pleadings filed in response to the Court's Order to Show Cause, as well as the Declaration of Maureen Killian filed therewith, the Motion to Seal is hereby GRANTED.

IT IS HEREBY ORDERED that once the Court grants said Motion, the exhibits referenced in Cavalry's Supplemental Pleading may be filed under seal and shall remain under seal.

**IT IS SO ORDERED**

Dated: April 21, 2020

_____
United States Bankruptcy Judge