Patrick J. Kane (SBN 273103)
**MAURICE WUTSCHER LLP**
440 Stevens Avenue, Suite 200
Solana Beach, CA 92075
Tel. (858) 381-7860
E-mail: pkane@mauricewutscher.com

Alan C. Hochheiser (OH Bar No. 0041222)
**MAURICE WUTSCHER LLP**
23611 Chagrin Blvd, Suite 207
Beachwood, OH 44122
Tel. (216) 220-1129
Facsimile: (216) 472-8510
E-mail: ahochheiser@mauricewutscher.com
*Admitted Pro Hac Vice*

*Attorneys for Cavalry Portfolio Services LLC
and Cavalry SPV I, LLC*

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| DUMACE LEONARD LEGRAND | Case No. 19-21198 |
| | **CAVALRY PORTFOLIO SERVICES, LLC AND CAVALRY SPV I, LLC'S WITNESS LIST** |
| | DCN: SJT-1 |
| Debtor. | DATE: AUGUST 16, 2021 |
| | TIME: 10:00 a.m. |

　　Cavalry Portfolio Services, LLC and Cavalry SPV I, LLC, by its attorneys, hereby serves the following Witness List.

/ / /

/ / /

/ / /

---

Witness List　　　　　　　　　　　　　1　　　　　　　　　　　　　Case No.: 19-21198

| Witness List | Synopsis of Testimony |
|---|---|
| Maurice Killian | Cavalry's and SPV's Legal Network Handbook, Legal Services Agreement, outside law firm process and procedure, law firm audits and bankruptcy process. |
| Anne Thomas | Cavalry's and SPV's compliance policy and process, audit and review process for internal departments and outside agencies and Cavalry's Compliance Committee. |

Respectfully submitted,

**Dated: August 11, 2021**  MAURICE WUTSCHER LLP

/s/ Patrick J. Kane
Patrick J. Kane

Alan C. Hochheiser
OH Bar No. 0041222
Admitted Pro Hac Vice

*Attorneys for Cavalry Portfolio Services LLC and Cavalry SPV I, LLC*