**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Dumace Leonard LeGrand

**Case No.:** 19-21198 - C - 7

**Docket Control No.** SJT-1

**Date:** 08/16/2021
**Time:** 10:00 AM

**Matter:** Continued Order to Show Cause - [60] - Order to Show Cause Why Federal Rule of Bankruptcy Procedure 9011(b) has not been Violated [SJT-1] Show Cause hearing to be held on 3/18/2020 at 10:00 AM at Sacramento Courtroom 35, Department C (msts)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Diamond Reporters**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**

**Respondent(s):**
Creditor's Attorney - Laura M. Hoalst; Creditor's Attorney - Patrick Kane; Creditor's Attorney - Alan C. Hochheiser

---

**CIVIL MINUTES**

Order to show cause concluded, matter taken as submitted.

**Chambers to prepare Order**